# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| GEORGE WEST, INDIVIDUALLY, AND ON BEHALF OF CLASSES OF SIMILARLY SITUATED PERSONS; WESTMED DISPOSAL, INC., INDIVIDUALLY, AND ON BEHALF OF CLASSES OF SIMILARLY SITUATED PERSONS,<br><br>          Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>          Defendant. | Civil Action No.:3:18-cv-00357-HNJ<br>Related to Case No: 3:18-md-2828-SI |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs GEORGE WEST and WESTMED DISPOSAL voluntarily dismiss their claims in the above-entitled manner, without prejudice, against Defendant Intel Corp. Defendant has not served an answer or a motion for summary judgment in this proceeding and Plaintiff has not filed a motion for class certification. Dismissal without prejudice is therefore appropriate without a court order. Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B).

DATED: September 20, 2018

                                              Respectfully submitted,

                                              */s/ Ryan Lutz*
                                              Hirlye R. "Ryan" Lutz, III
                                              ASB-6641-E59L
                                              F. Jerome Tapley
                                              ASB-0583-A56T

Douglas A. Dellaccio
ASB-4578-L75D
Adam W. Pittman
ASB-0146-A33P
Brett C. Thompson
ASB-6700-R81T
**CORY WATSON, P.C.**
2131 Magnolia Avenue South
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile:  (205) 324-7896
rlutz@corywatson.com
jtapley@corywatson.com
ddellaccio@corywatson.com
apittman@corywatson.com
bthompson@corywatson.com

W. Daniel "Dee" Miles, III
ASB-7656-M75W
Leslie Pescia
ASB-0224-U14E
**BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, Alabama 36103
Telephone: (334) 269-2343
Facsimile:  (334) 954-7555
Dee.Miles@beasleyallen.com
Leslie.Pescia@beasleyallen.com

Chris T. Hellums
ASB-5583-L73C
Jonathan S. Mann
ASB-5583-L73C
**PITTMAN DUTTON & HELLUMS, P.C.**
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 322-8880
Facsimile:  (205) 328-2711
chrish@pittmandutton.com
jonm@pittmandutton.com

*Attorneys for Plaintiffs George West and WestMed Disposal, Inc.*

## **CERTIFICATE OF SERVICE**

I, Hirlye "Ryan" Lutz, III, do hereby certify that a true and complete copy of this **NOTICE OF VOLUNTARY DISMISSAL** was electronically filed with the Court's CM/ECF system on this 20th day of September, 2018 and was served automatically upon all counsel of record.

*/s/ Ryan Lutz*
Hirlye R. "Ryan" Lutz, III